THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
ASHLEIGH E. AITKEN (Cal. Bar No. 224125)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6841
    Facsimile: (213) 894-0141
    E-mail: ashleigh.aitken@usdoj.gov

NO JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>EDDIE GIUSEPPE MENDIOLA,<br><br>            Defendant. | No. SA CR06-259-AHS<br><br>**<u>ORDER RE: DISMISSAL OF COMPLAINT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a)</u>** |

     Pursuant to Fed. R. Crim. P. 48(a) and the Dismissal of Complaint Without Prejudice filed by plaintiff United States of America on August 7, 2008, IT IS HEREBY ORDERED that the complaint in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

DATED: August 14, 2008.

                                    ALICEMARIE H. STOTLER
                                    Chief United States District Judge